**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

Civ. No. 03-6081 (MJD/RLE)

Richard H. Davis,

        Plaintiff,

  v.                                                      **ORDER FOR DISMISSAL**

Boise Cascade Corporation and
Quay Whitbeck,

        Defendants.

Upon the foregoing stipulation of the parties, this action is hereby dismissed, with

prejudice and without attorney fees, expenses or costs awarded.

Dated: December 19, 2005             s/ Michael J. Davis
                                      Michael J. Davis
                                      Judge of United States District Court